1
2
3
4
5
6                UNITED STATES DISTRICT COURT
7                    DISTRICT OF NEVADA
8                           * * *
9    JL BEVERAGE COMPANY, LLC,        Case No. 2:11-cv-00417-MMD-CWH
10                         Plaintiff,          ORDER
11        v.
12   BEAM, INC.,
13                       Defendants.
14

15        Pursuant to Local Rule 16-5 and the Court's Civil Standing Order, it is ordered
16   that the parties schedule a settlement conference with the Magistrate Judge within
17   fifteen (15) days from the date of this Order.
18
19        DATED THIS  27th day of December 2012.
20
21                                    _____
22                                    MIRANDA M. DU
23                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28