Chad W. Miller
Ryan Gile
WEIDE &MILLER, LTD.
7251 W. Lake Mead Blvd., Suite 530
Las Vegas, NV 89128
Telephone: (702) 382-4804
Facsimile: (702) 382-4805
Email: cmiller@weidemiller.com
       rgile@weidemiller.com

Colin C. Holley (*pro hac vice*)
HAMPTON HOLLEY LLP
2101 East Coast Highway, Suite 100
Corona del Mar, California 92625
Telephone: (949) 718-4550
Facsimile: (949) 718-4580
Email: cholley@hamptonholley.com

*Counsel for Plaintiff and Counter-Defendant,
JL Beverage Company, LLC*

Edward T. Colbert (Admitted *Pro Hac Vice*)
ANDREWS KURTH KENYON LLP
1350 I Street, N.W., Suite 1100
Washington, D.C. 20005
Telephone: (202) 662-3079
Facsimile: (202) 662-2739
Email: edwardcolbert@andrewskurthkenyon.com

*Counsel for Defendants and Counter-Plaintiffs,
Beam Inc. and Jim Beam Brands Co.*

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JL BEVERAGE COMPANY, LLC, a Nevada limited liability company, <br><br> *Plaintiff and Counter-Defendant*, <br><br> v. <br><br> BEAM INC., a Delaware corporation, and JIM BEAM BRANDS CO., a Delaware corporation; and DOES 1 through 10 <br><br> *Defendant and Counter-Plaintiff* | Case No. 2:11-cv-00417-MMD-CWH <br><br> **CONSENT MOTION FOR EXTENSION OF TIME** <br> **(First Request)** |

ANDREWS KURTH
KENYON LLP

CONSENT MOTION FOR
EXTENSION OF TIME

2:11-CV-00417-MMD-CWH

:-
DC01:1163392.1

Pursuant to Fed. R. Civ. Pro. 6(b), Defendants, Beam Inc. and Jim Beam Brands Co., move the Court for an extension of time to file their reply brief to Plaintiff's Opposition to Defendants' Motion in Limine No. 1 (filed on 2/7/2018) until February 24, 2018. Defendants' counsel has conferred with Plaintiff's counsel and Plaintiffs have consented to the relief sought in this motion. This is Defendants' first request for an extension of time.

1. On January 5, 2018, Defendants filed their Motion in Limine No. 1 (D.I. 208). Pursuant to the joint schedule agreed to by the parties and approved by the Court, Plaintiff's opposition to this motion was due on January 19, 2018 (D.I. 199).

2. Plaintiff failed to timely file a response to Defendants' Motion in Limine No. 1 and on February 7, 2018 filed for a motion for extension of time (D.I. 221) which was granted (D.I. 222) accepting Plaintiff's opposition as of February 7, 2018.

3. Pursuant to LR 7-2(b), Defendants' reply to their Motion in Limine No. 1 would be due on February 14, 2018.

4. Due to preexisting conflicting obligations in other cases, Defendants will be unable to timely reply to Plaintiff's opposition. Defendants were supposed to file any replies to their motions in limine as of January 26, 2018 (D.I. 199). However, Plaintiff's belated filing of its opposition has caused the briefing schedule to overlap with deadlines from other cases. Specifically, Defendants' counsel had depositions out of state in another case the week of February 5 (*Heritage Capital Corp. et al. v. Christie's, Inc. et.al.*, JAMS No. 1310023168 (2017)). In addition, Defendants have a reply brief to a summary judgment motion due in the Trademark Trial and Appeal Board in another case on February 18, 2018 (*Patron Spirits Int'l AG v. CB Spirits SARL*, No. 91224686 (TTAB)) that will consume the entire week of February 12 to prepare. Pursuant to 37 C.F.R. § 2.127(e)(1), that deadline is non-extendable.

5. As such, Defendants request a short extension of 10 days until February 24, 2018 to file their reply in support of Motion in Limine No. 1.

6. The short extension will not prejudice any party. The Court has rescheduled trial to commence on April 23, 2018, and the final pretrial conference has been reset to April 16, 2018.

*See* D.I. 219. As such, this short extension will not impact the Court's existing pretrial and trial deadlines. Further, Plaintiff has consented to this short extension.

In view of the above, Defendants respectfully submit that they have shown good cause for the grant of an extension. Affording Defendants additional time to respond to Plaintiff's opposition to Defendants' Motion in Limine No. 1 will not prejudice any of the parties and would be in the interests of justice. Defendants thus request that the extension be granted.

Dated this 12th day of February, 2018.

Respectfully submitted,

By: */s/ Edward T. Colbert*
Edward T. Colbert (Admitted *Pro Hac Vice*)
William M. Merone (Admitted Pro Hac Vice)
Erik C. Kane (Admitted Pro Hac Vice)
**ANDREWS KURTH KENYON LLP**
1350 I Street, N.W.
Washington, D.C. 20005
Tel.: (202) 662-3079
Fax: (202) 662-2739
Email: edwardcolbert@andrewskurthenyon.com
williammerone@andrewskurthkenyon.com
erikkane@andrewskurthkenyon.com

Jonathan W. Thomas (Admitted Pro Hac Vice)
**ANDREWS KURTH KENYON LLP**
One Broadway
New York, NY 10004
Telephone: (212) 425-7200
Facsimile: (212) 425-5288
Email: jonathanthomas@andrewskurthkenyon.com

Michael J. McCue (NV Bar 6055)
Jonathan W. Fountain (NV Bar 10351)
**LEWIS ROCA ROTHGERBER CHRISTIE LLP**
3993 Howard Hughes Parkway; Suite 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949 – 8200
Facsimile: (702) 949 – 8398
Email: MMccue@LRRC.com
JFountain@LRRC.com

Mark J. Liss (Admitted Pro Hac Vice)
Claudia W. Stangle (Admitted Pro Hac Vice)
**LEYDIG, VOIT & MAYER LTD.**
Two Prudential Plaza; Suite 4900
Chicago, Illinois 60601-6780
Telephone: (312) 616 – 5600
Facsimile: (312) 616 – 5700
Email: mliss@leydig.com
cstangle@leydig.com

*Counsel for Defendants and Counter-Plaintiffs, Beam Inc. and Jim Beam Brands Co.*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2018

ANDREWS KURTH
KENYON LLP

CONSENT MOTION FOR
EXTENSION OF TIME

DC01:1163392.1

- 4 -

2:11-CV-00417-MMD-CWH

# CERTIFICATE OF SERVICE

I hereby by certify that I am an employee of Andrews Kurth Kenyon LLP and that on February 12, 2018, I served the foregoing **CONSENT MOTION FOR EXTENSION OF TIME** via the Court's CM/ECF filing system, which will serve a copy on all counsel of record and parties of record.

                                               */s/ Edward T. Colbert*